```
WILLIAM JACKIE THOMPSON        JPMCB
125 DOGWOOD                    MAILCODE LA4-7100
HAZLEHURST, MS 39083           700 KANSAS LANE
                               MONROE, LA 71203



THOMAS C. ROLLINS, JR.         MAISON WEISS
THE ROLLINS LAW FIRM, PLLC     PO BOX 16568
P.O. BOX 13767                 JACKSON, MS 39236
JACKSON, MS 39236



AMEX                           MS DEPT OF REVENUE
PO BOX 981535                  BANKRUPTCY SECTION
EL PASO, TX 79998              PO BOX 22808
                               JACKSON, MS 39225-2808



BARCLAYS                       TRUSTMARK NATIONAL
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 8801                    248 EAST CAPITAL ST
WILMINGTON, DE 19899           JACKSON, MS 39201



BOZEMAN CHEVRON                TRUSTMARK NATIONAL
PO BOX 864                     P O BOX 291
HAZLEHURST, MS 39083           JACKSON, MS 39205



BRANDO'S FEED & SEED
25068 HWY 51
CRYSTAL SPRINGS, MS 39059



DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054



GREAT SCOTT
4400 OLD CANTON RD
JACKSON, MS 39211



HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389
```