**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| WILLIAM JACKIE THOMPSON | 25 – 01074 – JAW |

**TRUSTEE'S MOTION TO EXTEND TIME TO SCHEDULE SECTION 341 MEETING OF CREDITORS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Extend Time to Schedule Section 341 Meeting of Creditors in the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor filed the Chapter 13 Voluntary Petition April 25, 2025. The Debtor has filed a Motion to Extend Deadline to File Schedules (DK #7). The Trustee cannot schedule the 341 meeting in this case unless and until the Debtor files his schedules. While 11 U.S.C. Section 341(a) allows the 341 meeting of creditors to be scheduled "within a reasonable time after the order for relief," the Federal Rules of Bankruptcy Procedure require the meeting to be called "no fewer than 21 days and no more than 50 days after the order for relief." Fifty days from the order for relief is set to expire June 14, 2025.

2. Therefore the Trustee is requesting an order extending the time to schedule the 341 meeting and allowing the meeting to be held beyond 50 days from the order for relief. The Trustee would request that he be allowed to schedule the 341 meeting at a reasonable time after the Debtor files his schedules.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May    9   , 2025

                          Respectfully submitted,

                          /s/Harold J. Barkley, Jr.
                          HAROLD J. BARKLEY, JR. – MSB #2008
                          CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 4476
                          JACKSON, MS 39296-4476
                          PHONE: 601/362-6161
                          FAX: 601/362-8826
                          E-MAIL: HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

William Jackie Thompson
125 Dogwood
Hazlehurst, MS 39083

All creditors and other parties in interest as shown on attached mailing matrix

Dated: May    9   , 2025

                          /s/Harold J. Barkley, Jr.
                          HAROLD J. BARKLEY, JR.