| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-01074-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Fri May  9 07:57:34 CDT 2025 | Amex<br>Po Box 981535<br>El Paso, TX 79998-1535 | Barclays<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 | Bozeman Chevron<br>PO Box 864<br>Hazlehurst, MS 39083-0864 | Brando's Feed & Seed<br>25068 Hwy 51<br>Crystal Springs, MS 39059-9496 |
| Jennifer A Curry Calvillo<br>The Rollins Law Firm<br>702 W. Pine St<br>Hattiesburg, MS 39401-3836 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Great Scott<br>4400 Old Canton Rd<br>Jackson, MS 39211-5982 |
| Henley, Lotterhos & He<br>PO Box 389<br>Jackson, MS 39205-0389 | Jpmcb<br>MailCode LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | MS Dept of Revenue<br>Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 |
| Maison Weiss<br>PO Box 16568<br>Jackson, MS 39236-6568 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | William Jackie Thompson<br>125 Dogwood<br>Hazlehurst, MS 39083-2903 |
| (p)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Trustmark National<br>Attn: Bankruptcy<br>248 East Capital St<br>Jackson, MS 39201 | (d)Trustmark National<br>P O Box 291<br>Jackson, MS 39205 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |