_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 9, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **WILLIAM JACKIE THOMPSON** | **25 – 01074 – JAW** |

### O R D E R

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors [DK # 8 ]; and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors is hereby granted.

THAT, the time for scheduling the Section 341(a) Meeting of Creditors is hereby extended to a reasonable time after the Debtor files his schedules.

##END OF ORDER##

SUBMITTED BY:

/s/ *Justin B. Jones*
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM