# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   William Jackie Thompson, Debtor        Case No. 25-01074-JAW

                                                                                                                                **CHAPTER 13**

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Nicole Donald who is the wife of Debtor, notes the death during the pendency of this action of William Jackie Thompson ("Debtor).

                                            Respectfully submitted,

                    By:     /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                         Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533