_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

| | |
|---|---|
| **WILLIAM JACKIE THOMPSON,** | **CASE NO: 25-01074-JAW** |
| **DEBTOR.** | **CHAPTER 13** |

William Jackie Thompson, Debtor
Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on June 23, 2025, at 10:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Order Granting Motion to Extend Time to File Required Documents (the "Order") (Dkt. #10) entered on May 9, 2025.

If you do not want the Court to dismiss your case based on your failure to comply with the Order, or if you want the Court to consider your view on why your case should not be dismissed, you or your attorney must file a written response explaining your position so that the Court receives it on or before June 17, 2025. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should mail any written

response to the Court for filing at the U.S. Bankruptcy Court, U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, Mississippi, 39201. If you file a response, you or your attorney are required to attend the hearing scheduled on June 23, 2025. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the dismissal of your case. If no written response is filed and you fail to comply with the Order before June 17, 2025, the Court may enter an order dismissing the case before the hearing date.

##END OF ORDER##