## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | WILLIAM JACKIE THOMPSON | CASE NO. 25-01074-JAW |
| | | CHAPTER 13 |
| and | NANCY W. THOMPSON | Co - Debtor |

### ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES

Having come on for hearing the Motion to Lift Automatic Stay and for Abandonment as to Debtor and Co-Debtor or Alternatively for Adequate Protection including the Right to File and Amended Proof of Claim for Fees and Costs (Dkt. # _____) as filed by Trustmark National Bank and after reviewing all pleadings filed and having found that the Debtor has filed no response and made no appearance and the Co-Debtor has filed no response and made no appearance, this Court finds that the motion is hereby granted and as such it is hereby ordered that automatic stay against Trustmark National Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have vesting the lender all rights and privileges they might have under their Note and Security Agreement and that the 1301 Co-Debtor stay against Trustmark National Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

1

Trustmark National Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal address 125 Dogwood Drive, Hazlehurst, Mississippi, and further identified as:

> BEGINNING AT A POINT ON THE WEST BOUNDARY OF LOT 66 OF THE ROGERS PLAT OF THE CITY OF HAZLEHURST, COPIAH COUNTY, MISSISSIPPI, A DISTANCE OF 802 FEET SOUTH FROM THE NORTHWEST CORNER OF LOT 66, THENCE RUN SOUTH ALONG THE WEST LINE OF LOT 66 A DISTANCE OF 474 FEET, THENCE EAST A DISTANCE OF 100 FEET, THENCE NORTH ON A LINE PARALLEL TO THE WEST BOUNDARY OF LOT 66, A DISTANCE OF 474 FEET, THENCE WEST 100 FEET TO THE POINT OF BEGINNING.

## END OF ORDER ##

Prepared and submitted by:

/s/   *James Eldred Renfroe*
James Eldred Renfroe, MSB#10096
James L. Powell, MSB#10083
Renfroe & Perilloux, PLLC
Attorney for Trustmark National Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
jrenfroe@mslawfirm.biz