**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  WILLIAM JACKIE THOMPSON              CASE NO. 25-01074-JAW
                                             CHAPTER 13

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FRBP 7007.1**

Pursuant to Fed. R. Bank. Proc. 1007(a)(1) and/or 7007.1, and to enable judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for Trustmark National Bank certifies that Trustmark National Bank makes the following disclosure:

✓    The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are: Trustmark Corporation.

Respectfully submitted, this 6th day of June, 2025,

                                             Trustmark National Bank

                                             /s James Eldred Renfroe

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
jrenfroe@mslawfirm.biz
Attorney for Trustmark National Bank