

SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM JACKIE THOMPSON,                          CASE NO. 25-01074-JAW

DEBTOR.                                            CHAPTER 13

## ORDER EXTENDING STAY

Upon consideration of the Motion to Lift Automatic Stay as to Debtor and Co-Debtor and for Abandonment or Alternatively for Adequate Protection Including the Right to File an Amended Proof of Claim for Fees and Costs (Dkt. #18) filed by Trustmark National Bank in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##