United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01074-JAW
William Jackie Thompson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jun 09, 2025     Form ID: pdf012     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | William Jackie Thompson, 125 Dogwood, Hazlehurst, MS 39083-2903 |
| 5503457 | + | Bozeman Chevron, PO Box 864, Hazlehurst, MS 39083-0864 |
| 5503458 | + | Brando's Feed & Seed, 25068 Hwy 51, Crystal Springs, MS 39059-9496 |
| 5503460 | + | Great Scott, 4400 Old Canton Rd, Jackson, MS 39211-5982 |
| 5519732 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux PLLC, For Trustmark National Bank, 648 Lakeland East Drive Suite A, Flowood MS 39232-9574 |
| 5503463 | + | Maison Weiss, PO Box 16568, Jackson, MS 39236-6568 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Jun 09 2025 19:36:00 | TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |
| 5503455 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2025 19:40:20 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5503456 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 09 2025 19:36:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5515474 | | Email/Text: mrdiscen@discover.com | Jun 09 2025 19:36:00 | Capital One, N.A., successor by merger to Discover, Discover, A division of Capital One, N.A, PO Box 3025, New Albany, OH 43054-3025 |
| 5503459 | + | Email/Text: mrdiscen@discover.com | Jun 09 2025 19:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5503461 | ^ | MEBN | Jun 09 2025 19:31:07 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5503462 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2025 19:40:20 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5503464 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 09 2025 19:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5503465 | | Email/Text: bankruptcynotices@trustmark.com | Jun 09 2025 19:36:00 | Trustmark National, Attn: Bankruptcy, 248 East Capital St, Jackson, MS 39201 |
| 5503466 | | Email/Text: bankruptcynotices@trustmark.com | Jun 09 2025 19:36:00 | Trustmark National, P O Box 291, Jackson, MS 39205 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf012 | Total Noticed: 16 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Jennifer A Curry Calvillo | on behalf of Debtor William Jackie Thompson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Jackie Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____

                                        **SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: June 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| WILLIAM JACKIE THOMPSON, | CASE NO. 25-01074-JAW |
|---|---|
| DEBTOR. | CHAPTER 13 |

### ORDER EXTENDING STAY

Upon consideration of the Motion to Lift Automatic Stay as to Debtor and Co-Debtor and for Abandonment or Alternatively for Adequate Protection Including the Right to File an Amended Proof of Claim for Fees and Costs (Dkt. #18) filed by Trustmark National Bank in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##