___

**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 23, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**WILLIAM JACKIE THOMPSON,**                                             **CASE NO. 25-01074-JAW**

**DEBTOR.**                                                                                         **CHAPTER 13**

### ORDER RESOLVING SHOW CAUSE ORDER AND DISMISSING BANKRUPTCY CASE

This matter came before the Court for hearing on June 23, 2025 (the "Show Cause Hearing"), on the Order to Show Cause (the "Show Cause Order") (Dkt. #15) issued to William Jackie Thompson (the "Debtor") and Thomas Carl Rollins, counsel for the Debtor, in the above-styled bankruptcy case (the "Bankruptcy Case") to appear and show cause why this case should not be dismissed for failure to comply with the Order Granting Motion to Extend Time to File Required Documents (Dkt. #10). Mr. Rollins was present at the Show Cause Hearing.

As of the Show Cause Hearing, the Debtor had not filed the Schedules or Statement of Financial Affairs. Mr. Rollins informed the Court the Debtor has passed away. Accordingly, the Court finds that the Bankruptcy Case should be dismissed pursuant to the Show Cause Order.

IT IS, THEREFORE, ORDERED that the Bankruptcy Case is dismissed.

##END OF ORDER##