United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01074-JAW
William Jackie Thompson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 23, 2025      Form ID: ntcdsm      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | William Jackie Thompson, 125 Dogwood, Hazlehurst, MS 39083-2903 |
| codb | + | Nancy W. Thompson, P.O. Box 580, Hazlehurst, MS 39083-0580 |
| 5503457 | + | Bozeman Chevron, PO Box 864, Hazlehurst, MS 39083-0864 |
| 5503458 | + | Brando's Feed & Seed, 25068 Hwy 51, Crystal Springs, MS 39059-9496 |
| 5503460 | + | Great Scott, 4400 Old Canton Rd, Jackson, MS 39211-5982 |
| 5519732 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux PLLC, For Trustmark National Bank, 648 Lakeland East Drive Suite A, Flowood MS 39232-9574 |
| 5503463 | + | Maison Weiss, PO Box 16568, Jackson, MS 39236-6568 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Jun 23 2025 19:36:00 | TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |
| 5521959 | + | EDI: AIS.COM | Jun 23 2025 23:37:00 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5503455 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2025 19:40:59 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5503456 | + | EDI: TSYS2 | Jun 23 2025 23:37:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5515474 | | EDI: DISCOVER | Jun 23 2025 23:37:00 | Capital One, N.A., successor by merger to Discover, Discover, A division of Capital One, N.A, PO Box 3025, New Albany, OH 43054-3025 |
| 5503459 | + | EDI: DISCOVER | Jun 23 2025 23:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5503461 | ^ | MEBN | Jun 23 2025 19:34:30 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5503462 | + | EDI: JPMORGANCHASE | Jun 23 2025 23:37:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5503464 | | EDI: MSDOR | Jun 23 2025 23:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5503465 | | Email/Text: bankruptcynotices@trustmark.com | Jun 23 2025 19:36:00 | Trustmark National, Attn: Bankruptcy, 248 East Capital St, Jackson, MS 39201 |
| 5503466 | | Email/Text: bankruptcynotices@trustmark.com | Jun 23 2025 19:36:00 | Trustmark National, P O Box 291, Jackson, MS 39205 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 23, 2025 | Form ID: ntcdsm | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Jennifer A Curry Calvillo | on behalf of Debtor William Jackie Thompson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Jackie Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−01074−JAW
Chapter: 13

In re:
William Jackie Thompson
125 Dogwood
Hazlehurst, MS 39083

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−1391

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 23, 2025.

Dated: 6/23/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600